UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Anthony Teague,<br><br>              Plaintiff,<br><br>     v.<br><br>Clark County, et al.,<br>              Defendants. | Case No. 2:22-cv-00242-RFB-BNW<br><br>**REPORT AND RECOMMENDATION** |

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 3. Plaintiff was given until September 22, 2022 to amend his complaint. *Id.* at 3. The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* at 3-4. Plaintiff did not file an amended complaint.

Additionally, the Court ordered Plaintiff to update his address by September 27, 2022. ECF No. 6. The Court advised Plaintiff that a failure to comply with this order may result in a recommendation that this case be dismissed. *Id.* Plaintiff has not complied with this order.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 3, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE